

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2022

No. 04-21-00557-CV

**CARDINAL SENIOR CARE, LLC**,
Appellant

v.

Greg **BRADWELL**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI11679
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellant's brief is due on January 10, 2022. On January 4, 2022, appellant filed an unopposed motion to extend time to file appellant's brief. The motion is GRANTED. Appellant's brief is due **no later than February 9, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2022.

_____
Michael A. Cruz,
Clerk of Court